UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-1, RODNEY DUANE OBRYAN,

        Defendant.

_____/

Case Number: 18-20719-01

Honorable Thomas L. Ludington
Magistrate Judge Patricia T. Morris

## ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING DEFENDANT'S PLEA OF GUILTY, AND TAKING THE RULE 11 PLEA AGREEMENT UNDER ADVISEMENT

On July 29, 2019, United States Magistrate Judge Patricia T. Morris conducted a plea hearing pursuant to Defendant Obryan's consent. The magistrate judge issued her report on July 29, 2019, recommending that this Court accept Defendant's plea of guilty. ECF No. 219.

Although the magistrate judge's report explicitly stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, neither Plaintiff nor Defendant filed any objections. The failure to file objections waives any right to appeal the magistrate judge's findings that Defendant was competent to enter a plea, and that the plea was entered knowingly, voluntarily, without coercion, and with a basis in fact. *See* Fed. R. Crim. P. 11(b); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the magistrate judge's Report and Recommendation, ECF No. 219, is **ADOPTED**.

It is further **ORDERED** that Defendant's plea of guilty is **ACCEPTED**, and the Rule 11 Plea Agreement, ECF No. 216, is taken **UNDER ADVISEMENT**.

Dated: August 22, 2019                                                s/Thomas L. Ludington
                                                                     THOMAS L. LUDINGTON
                                                                     United States District Judge